IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROLAND C. ANDERSON, | § | |
| | § | |
| Plaintiff Below, | § | No. 389, 2024 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| GENERAL MOTORS, LLC, | § | C.A. No. N23C-08-065 |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |
| | § | |
| | § | |

Submitted: December 30, 2024
Decided: January 17, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After consideration of the notice to show cause and the response, it appears to the Court that:

(1) The appellant, Roland C. Anderson, appealed the Superior Court's order denying his motion for default judgment and granting the motion to dismiss filed by the appellee, General Motors, LLC. On October 2, 2024, the Court denied Anderson's motion to proceed *in forma pauperis*. That same day, the Senior Court Clerk advised Anderson to pay this Court's filing fee by October 16, 2024, or a notice to show cause would issue. After Anderson requested extensions to pay the

filing fee, the Court extended the deadline until November 29, 2024. Anderson still failed to pay the filing fee.

(2) On December 3, 2024, the Chief Deputy Clerk issued a notice, by certified mail, directing Anderson to show cause why this appeal should not be dismissed for his failure to pay the filing fee. In response to the notice to show cause, Anderson argues that his appeal should not be dismissed because he paid the filing fee and filed a petition for writ of certiorari related to the filing fee in the United States Supreme Court. Contrary to Anderson's contention, he has not paid this Court's filing fee. He paid the Superior Court's fee.

(3) As to the petition for a writ of certiorari, the documentation that Anderson provided with his response to the notice to cause shows that the United States Supreme Court returned the petition to him for failure to comply with their rules. In any event, a party filing an appeal in this Court must pay the applicable filing fees, unless the Court authorizes the commencement of the appeal without prepayment of fees because the party is indigent.[1] Given the Court's denial of Anderson's motion to proceed *in forma pauperis* and Anderson's failure to pay the filing fee, this appeal must be dismissed.

---

[1] Supr. Ct. R. 20(a), (h).

2

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice